# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM S32788** |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Joshua J. WALDRON** | ) | |
| **Airman (E-2)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 3** |

A special court-martial composed of a military judge alone convicted Appellant of one specification of dereliction of duty and one specification of drunk and disorderly conduct in violation of Articles 92 and 134, Uniform Code of Military Justice, 10 U.S.C. §§ 892, 934. On 19 March 2024, the court-martial sentenced Appellant to a bad-conduct discharge and reduction to the grade of E-1. The convening authority took no action on the findings or sentence. Appellant's case was docketed with this court on 30 July 2024.

Appellant died on 11 November 2024 while his appeal was pending before this court. On 19 December 2024, appellate defense counsel moved this court to abate the proceedings *ab initio* due to Appellant's death. In support of this motion, appellate defense counsel moved to attach a certificate of death from the State of Maryland issued on 5 December 2024. The Government does not oppose the Motion to Abate Proceedings *Ab Initio* or the Motion to Attach.

"[T]he death of an appellant during the pendency of his appeal of right from a criminal conviction abates the entire course of the proceedings brought against him." *United States v. Ribaudo*, 62 M.J. 286, 288 (C.A.A.F. 2006) (quoting *United States v. Moehlenkamp*, 557 F.2d 126, 128 (7th Cir. 1977)).

Accordingly, it is by the court on this 30th day of December, 2024,

**ORDERED:**

The Motion to Attach dated 19 December 2024 is **GRANTED**.

The Motion to Abate Proceedings *Ab Initio* dated 19 December 2024 is **GRANTED**. The findings of guilty and the sentence are set aside; the charges and their specifications are dismissed; and all rights, privileges, and property of which Appellant has been deprived by virtue of the findings of guilty and the sentence are hereby restored. The record of trial is returned to The Judge Advocate General.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court